FRANK J. PERCARPIO v. MICHAEL MANZO AND JOSEPH
MANZO AND PATRICK MANZO.

June 19, 1984.

Petition for certification denied.

JOHN ALTOBELLI v. TOWNSHIP OF MARLBORO.

June 19, 1984.

Petition for certification denied.

PETER HUNG v. CITY OF NEWARK.

June 19, 1984.

Petition for certification denied.

ROBERT E. OLSEN v. AIRCO, INC.

June 19, 1984.

Petition for certification denied.